IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| HECTOR RUBIO and ELVA CHAVEZ, ) | |
| ) | |
| Plaintiffs, ) | Case No. _____ |
| ) | |
| v. ) | |
| ) | |
| POLARIS, INC. and POLARIS ) | |
| EXPERIENCE, LLC, ) | (Removed from the Lake Circuit Court |
| ) | in Lake County, Indiana, Case No. 45C01- |
| Defendants. ) | 2107-CT-000739) |
| ) | |

## NOTICE OF APPEARANCE

TO:   The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for the Defendants, Polaris, Inc. and Polaris Experience, LLC.

        Respectfully submitted

        */s/ Eric Larson Zalud*
        ERIC LARSON ZALUD (IN Bar No. 12053-49)
        BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
        200 Public Square, Suite 2300
        Cleveland, Ohio 44114
        T: 216-363-4500; F: 216-363-4588
        ezalud@beneschlaw.com

        *Attorney for Defendants Polaris, Inc. and Polaris Experience, LLC*

2

**CERTIFICATE OF SERVICE**

This is to certify that on August 11, 2021, the foregoing *Notice of Appearance* was filed electronically in accordance with the Court's Electronic Filing Guidelines. Notice of this filing will also be mailed to Plaintiffs' counsel of record at:

Theodore L. Stacy
THE ALVAREZ LAW GROUP
258 W US Highway 6
Valparaiso, IN 46385
219.764.7054
attorneyted@mac.com

*/s/ Eric Larson Zalud*
Eric Larson Zalud
*Attorney for Defendants*